UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
:
UNITED STATES OF AMERICA        :    ORDER
:
    - v. -                      :    S1 14 Cr. 547 (ALC)
:
JOSE CARLOS PANIAGUA et al.,    :
:
            Defendants.         :
:
:
---------------------------------- X

UPON the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Russell Capone:

It is found that the Superseding Indictment in the above-captioned action, S1 14 Cr. 547, is currently sealed and the United States Attorney's Office has moved to have it unsealed; and it is therefore

ORDERED that Indictment S1 14 Cr. 547 be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        March 3, 2020

                    _____/Kevin Nathaniel Fox/_____
                    United States Magistrate Judge
                    Southern District of New York